Twelfth Court of Appeals   Trial # A-21-464

I Joshua Paul Calhoun am writing this in Pro-se form, I Do not Know who else to write in Regards to this issue in the above case # The lawyer I had Failed to File My Appeal or For A New trial, Judge Moore agnolaged this giving Me A New lawyer For My Appeal but Refused to give ME proper cancel to even File For A New Trial regardless if it would be granted or not nore have I been given the chance to oraly arguee this case in Front of the judge Ms Dixon is only Assigned to work My Appeal, My Issue is I havent been given the Fair chance to have A lawyer even File the motion For A New Trial 5-26-15

Please accept on Merit.
The Above Statments are
true to the best of
My Knolige

Joshua Calhoun
# 1985495
Goodman Unit
349 PR Rd 8430
Jasper Tx 75951

REC'D IN COURT OF APPEALS
12th Court of Appeals District
JUN 01 2015
TYLER TEXAS
CATHY S. LUSK, CLERK